Alvin P. GARNER, Petitioner,

v.

DEPARTMENT OF LABOR, Respondent.

No. 05–3013.

United States Court of Appeals, Federal Circuit.

June 13, 2005.

Before CLEVENGER, BRYSON, and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Mark R. HOOP and Lisa J. Hoop, Plaintiffs–Appellants,

v.

Jeffrey W. HOOP, Stephen E. Hoop, and Hoopsters Accessories, Inc., Defendants–Appellees.

No. 04–1599.

United States Court of Appeals, Federal Circuit.

June 13, 2005.

Before CLEVENGER, GAJARSA, and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.